IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **FRANCISCO ESPARZA,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:19-cv-2284-L** |
| § | |
| **ANDREW M. SAUL,** Commissioner of § | |
| Social Security Administration, § | |
| § | |
| Defendant. § | |

# ORDER

On October 2, 2020, the Findings, Conclusions and Recommendation of the United States Magistrate Judge (Doc. 18) ("Report") was entered, recommending that the court affirm the decision of the Commissioner of Social Security Administration ("Commissioner"). Plaintiff filed objections to the Report on October 12, 2020.

The issues in Plaintiff's objections were thoroughly addressed in the Magistrate Judge's comprehensive and well-written Report. Notwithstanding Plaintiff's disagreement and objections to the contrary, the court determines, after considering the file, record in this case, and Report, and conducting a de novo review of the portions of the Report to which objections were made, that the Magistrate Judge's findings and conclusions are correct. The court, therefore, **accepts** the Magistrate Judge's findings and conclusions as those of the court; **overrules** Plaintiff's objections; **affirms** the Commissioner's decision; and **dismisses with prejudice** this appeal.

**It is so ordered** this 6th day of November, 2020.

Sam A. Lindsay
United States District Judge

Order – Solo Page